```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725
```

FILED

MAR 11 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-CR-0090 GEB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL (UNDER SEAL) |
| GABRIEL BENJAMIN JOHNSON, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of the Court.

DATED: March 11, 2010

HONORABLE EDMUND F. BRENNAN
U.S. Magistrate Judge