```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>GABRIEL BENJAMIN JOHNSON,<br><br>           Defendant. | CR. No. S-10-090 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION SCHEDULE AND HEARING DATES |

The parties hereby stipulate as follows:

- That the non-evidentiary hearing on the defendant's motion, set for June 11, 2010, as well as the associated briefing schedule, be vacated.
- That a non-evidentiary hearing on the motion be held on July 23, 2010, at 9:00 a.m.
- The defense has already filed the motion. The government's response shall be due July 9, 2010.
- If the defense chooses to reply, that reply shall be filed by July 16, 2010.
- The continuance of the motion hearing and schedule is necessary for the preparation of the parties and continued plea negotiations; in addition, defense counsel continues to investigate and prepare for trial and needs additional time to

1

review the discovery and discuss issues with the defendant.

Accordingly, the parties jointly request that the time period from today's date through July 23, 2010 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(1)(D) and Local Codes E and T4 due to the motion, the preparation of the parties, continuity of counsel, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: May 19, 2010       /s/ Daniel S. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

                              Respectfully submitted,

Dated: May 19, 2010      /s/ Douglas Beevers
                              DOUGLAS BEEVERS, ESQ.
                              Assistant Federal Defender
                              Attorney for the Defendant
                              By DSM per email authorization

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  May 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge