BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,     )<br>                            )<br>       v.                   )<br>                            )<br>GABRIEL BENJAMIN JOHNSON,   )<br>                            )<br>            Defendant.      )<br>_____) | CR. No. S-10-090 GEB<br><br>NOTICE OF REQUEST FOR<br>ONE-DAY EXTENSION TO FILE<br>GOVERNMENT OPPOSITION TO THE<br>DEFENDANT'S MOTION TO SUPPRESS |

The defendant has filed a motion to suppress evidence which raises numerous legal and factual issues. The undersigned has worked diligently on a thorough government response but, due to the demands of other cases, is not able to file the response by July 9, 2010, the day the motion is due. Accordingly, the government hereby requests one additional day to file the response. Defense counsel has been informed of this request and does not oppose it. All other dates in the briefing schedule, including the hearing date, will remain unaffected. No new exclusion of time is necessary.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: July 9, 2010                 /s/ Daniel S. McConkie
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

1

**ORDER**

IT IS SO ORDERED.

Dated: July 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge