DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-00090-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| GABRIEL JOHNSON, | ) | |
| | ) | Date: October 22, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties, DAN McCONKIE, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant GABRIEL JOHNSON, that the status conference of October 8, 2010 be vacated, and the matter be set for status conference on October 22, 2010 at 9:00 a.m.

   The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up
2 to and including the October 22, 2010 status conference, be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
5 for ongoing preparation of counsel.
6 Dated: October 5, 2010

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GABRIEL JOHNSON

Dated: October 5, 2010

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        */s/ Dan McConkie*
                                        _____
                                        DAN McCONKIE
                                        Assistant U.S. Attorney


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 8, 2010, be continued to October 22, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends

1  of justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of this Order, to and including, the
4  October 22, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
7  T-4, to allow defense counsel time to prepare.

8  Dated:  October 7, 2010

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge