DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GABRIEL JOHNSON,<br><br>        Defendant.<br>_____ | No. CR-S-10-00090-GEB<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:  December 10, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED between the parties, DAN McCONKIE, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant GABRIEL JOHNSON, that the status conference of November 5, 2010 be vacated, and the matter be set for status conference on December 10, 2010 at 9:00 a.m.

    The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter, as well as for the defense to conduct additional investigation. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1  IT IS STIPULATED that the period from the signing of this Order, up to and including the December 10, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: November 2, 2010

                                       Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       */s/ Douglas Beevers*

                                       DOUGLAS BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       GABRIEL JOHNSON

Dated: November 2, 2010

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Dan McConkie*

                                       DAN McCONKIE
                                       Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 2, 2010, be continued to December 10, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends

1  of justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of this Order, to and including, the
4  December 10, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
7  T-4, to allow defense counsel time to prepare.

Dated:  November 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge