1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GABRIEL JOHNSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      ) No. 2:10-CR-0090 GEB
11                                )
                   Plaintiff,     ) STIPULATION  AND  ORDER  TO  PRODUCE
12                                ) REPRESENTATIVE  SAMPLE  FOR  TESTING
        v.                        ) BY DEFENSE COUNSEL
13                                )
   GABRIEL JOHNSON,               )
14                                )
                   Defendant.     )
15                                )
   _____ )
16
        UPON THE PARTIES' STIPULATION to the following order, which is
17
   required by the DEA laboratory for a defense re-test of controlled
18
   substances, and which requires the Government to produce a
19
   representative sample of the following exhibits:
20
        Exhibit Number          DEA Laboratory Number
21
        #4                      71556563
22
        #5                      7156564
23
   reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR
24
   SEIZED, having the Case File No. R7-10-0036, and dated 04/29/2010, for
25
   qualitative analysis and identification of the controlled substance
26
   contained therein by a defense expert,
27

28

1   **IT IS HEREBY ORDERED**, pursuant to FED.R.CRIM.P 16(a)(1)(E), that

2   the Government allow the defense to independently inspect and analyze a

3   representative sample from each of the above-described drug exhibits;

4   and

5   **IT IS FURTHER ORDERED** that the Government deliver, in a manner

6   consistent with the type and quantity of controlled substance at issue,

7   a representative sample in the amount of 500 mg or not less than

8   one-half (1/2) the current reserve weight, if less than 1 gram

9   presently remains as the reserve weight, from each of the

10  above-described exhibits to Judith Stewart, DEA License No. RF1093778,

11  of Forensic Analytical Services, located at 3777 Depot Road, #403,

12  Hayward, CA, with telephone no. (510) 266-8100. The DEA Northern

13  District of California Laboratory shall arrange the delivery of said

14  representative sample(s) on or before April 5, 2011 , to Judith

15  Stewart, of Forensic Analytical Services; and

16  **IT IS FURTHER ORDERED**, that upon delivery of the representative

17  sample for each of the exhibit(s) identified above to the defense

18  expert, the defense expert shall conduct the qualitative analyses and

19  identification ordered herein, and shall provide the Government with an

20  Unsworn Declaration Under Penalty of Perjury, under 28 U.S.C. § 1746,

21  executed by the individual who conducted the analyses, or the head of

22  the facility where the analyses occurred, which states the quantity of

23  each exhibit consumed during testing, and either the weight of each

24  exhibit returned to the Government, or a statement that all sample was

25  consumed during testing; and

26  **IT IS FURTHER ORDERED** that all remaining material of the samples,

27  after testing, be returned by Judith Stewart to the DEA Northern

28

1  District of California Laboratory via registered U.S. mail, return

2  receipt requested, or approved commercial carrier, within five (5)

3  business days after the completion of analyses; and

4      **IT IS FURTHER ORDERED**, in accordance with FED. R. CRIM. P.

5  16(b)(1)(B), that the defendant provide to the Government, by April 15,

6  2011, a copy of the results or report of the physical examinations and

7  scientific tests or experiments which resulted from the analyses

8  conducted under this Order, and

9      **IT IS FURTHER ORDERED**, that Judith Stewart is to safeguard the

10  representative sample(s) received, preserving the chain of custody in a

11  manner to faithfully protect the integrity of each exhibit received.

12  Dated: March 28, 2011                    Respectfully submitted,

13                                           DANIEL J. BRODERICK
                                             Federal Defender
14
                                             /s/ Douglas Beevers
15
                                             DOUGLAS BEEVERS
16                                           Assistant Federal Defender
                                             ATTORNEY FOR GABRIEL JOHNSON
17
    Dated: March 28, 2011                    BENJAMIN B. WAGNER
18
                                             /s/ Daniel McConkie
19
                                             DANIEL MCCONKIE
20                                           Assistant United States Attorney
                                             ATTORNEY FOR PLAINTIFF
21

22  ////

23  ////

24  ////

25  ////

26
    ////
27

28

1 **IT IS SO ORDERED.**

2 The undersigned assumes that "*Unsworn* declaration under penalty of

3 perjury," simple means that the affiant need not be sworn before a

4 judge when executing the declaration and so orders.

5

Dated: March 30, 2011                    /s/ Gregory G. Hollows

6 _____

7                                          HON. GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE COURT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28