```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    PAUL A. HEMESATH
 3  Assistant U.S. Attorney
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2932
 5
```

**FILED**

JUN 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:10-CR-090 GEB |
|---|---|
| Plaintiff, | ) ORDER PERMITTING TAKING OF |
| v. | ) DEPOSITION OF TRIAL WITNESS |
|  | ) CHOU VANG |
| GABRIEL BENJAMIN JOHNSON, | ) (F.R.Crim.P. 15) |
| Defendant. | ) |

In light of the exceptional circumstances that exist pertaining to Officer Chou Vang, and in the interests of justice, it is hereby ORDERED:

That the deposition of Chou Vang be conducted on June 21, 2011, at 2 p.m., in this Courthouse. Counsel may be present at the scheduled date and time. The deposition will be videotaped in order to be played to the jury at the time of trial.

///

///

1 | The deposition shall be taken in the manner prescribed in Rule 15
2 | of the Federal Rules of Criminal Procedure.

4 | IT IS SO ORDERED.

6 | DATED: June 21, 2011

*Edmund F. Brennan*

HON. ~~KENDALL J. NEWMAN~~ EFB
U.S. Magistrate Judge

5