```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2725
 5
 6                IN THE UNITED STATES DISTRICT COURT
 7              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )   CR. No. S-10-090 GEB
                                 )
10              Plaintiff,       )
                                 )   MOTION TO DISMISS INDICTMENTS
11         v.                    )
                                 )
12  GABRIEL JOHNSON,             )
                                 )
13              Defendant.       )
    _____)
14
```

15  The Ninth Circuit Court of Appeals has directed the Court to
16  grant the defendant's motion to suppress. The Court has done so.
17  Based on a review of the remaining evidence, the government has
18  concluded that it no longer has sufficient evidence to pursue
19  this prosecution. Accordingly, pursuant to Rule 48 of the Federal
20  Rules of Criminal Procedure, the government moves this Honorable
21  Court for an order dismissing the indictment and the superseding
22  indictment.

23

24  DATE: June 26, 2013                   BENJAMIN B. WAGNER
                                          United States Attorney
25

26
                                          By: /s/ Daniel S. McConkie
27                                            DANIEL S. McCONKIE
                                              Assistant U.S. Attorney
28

                                    1

1
2
3
4
5
6
7             IN THE UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,      )   CR. No. S-10-090 GEB
                                  )
11              Plaintiff,        )
                                  )   ORDER DISMISSING INDICTMENTS
12         v.                     )
                                  )
13 GABRIEL JOHNSON,               )
                                  )
14              Defendant.        )
   _____)
15
16     For good cause shown, it is hereby ORDERED dismissing the
17 indictment and the superseding indictment.
18 Dated:  June 26, 2013
19
20                          _____
                            GARLAND E. BURRELL, JR.
21                          Senior United States District Judge
22
23
24
25
26
27
28